**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 411 MAL 2021

           Respondent                :

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

           v.                    :

                           :

ABNER GEOVANNIE VEGA-RIVERA,   :

            Petitioner             :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.